## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**NAVIERA FLORIDA MYERS, INC.**
**and H&J MARINE, INC.**

**CIVIL ACTION NO.  21-2244**

**VERSUS**

**JUDGE**

**M/V KAYTLIN MARIE,** *in rem*,
**THREE RIVERS BOAT AND BARGE,**
**INC.,** *in personam*, **and INTEGRITY**
**MARINE MANAGEMENT, LLC,** *in*
*personam*

**MAGISTRATE**

## <u>VERIFIED COMPLAINT</u>

TO THE HONORABLE JUDGES OF SAID COURT:

NOW INTO COURT, through undersigned counsel, come plaintiffs Naviera Florida Myers, Inc. and H&J Marine, Inc., formerly named Hiong Guan Navegacion Japan Co., LTD, foreign corporations owning and managing the M/V CENTURY QUEEN, and for their Verified Complaint against the M/V KAYTLIN MARIE, *in rem*, her owner Three Rivers Boat and Barge, Inc. and her manager Integrity Marine Management, LLC, *in personam*, aver upon information belief as follows:

1.

Made defendants herein are M/V KAYTLIN MARIE (U.S.C.G. No. 548851), *in rem*, her owner Three Rivers Boat and Barge, Inc. ("Three Rivers"), and her manager Integrity Marine Management, LLC ("Integrity Marine"), *in personam*. Three Rivers and Integrity Marine were formed and exist pursuant to the laws of a State other than Louisiana and have their principal place of business in Kentucky. At all times pertinent hereto, both were authorized to do and doing business in Louisiana and within the jurisdiction of this Honorable Court.

PD.26781849.1

2.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

3.

Venue is proper in this Court since the events giving rise to the claim occurred in this district.

4.

Defendants are subject to the personal jurisdiction of this Honorable Court because the tortious acts complained of occurred in Louisiana.  Further, KAYTLIN MARIE is or will be within this district while the action is pending.

5.

On June 8, 2019, CENTURY QUEEN was upbound in the Mississippi River headed for her load berth under compulsory pilotage when the southbound towboat KAYTLIN MARIE lost control and/or steering and then crossed CENTURY QUEEN's bow causing a collision.

6.

The collision was caused by the sole fault of those aboard and those responsible for the KAYTLIN MARIE.

7.

Defendants are jointly and severally liable for the damages caused by the collision with the CENTURY QUEEN under the Pennsylvania Rule, the Louisiana Rule, and/or under the doctrine of *res ipsa loquitur*, as well as other acts of negligence, strict liability or other fault to be proven at the trial of this matter.

PD.26781849.1

8.

As a  result of their legal fault, defendants are jointly and severally liable to plaintiffs for all survey costs and repairs to CENTURY QUEEN, loss of use and loss of profits, prejudgment interest and other damages in the total approximate amount of $1,000,000.00.

9.

WHEREFORE, after due proceedings had, plaintiffs respectfully pray that:

1.  Process in due form of law in causes of admiralty and maritime jurisdiction issue against the M/V KAYTLIN MARIE and her engines, tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in said vessel be cited to appear and answer the allegations of this Verified Complaint;

2.  That the vessel be condemned and sold to pay the amount due plaintiffs with interest and costs;

3.  That there be judgment in favor of plaintiffs and against defendants for the full amount of damages sustained by plaintiffs, currently estimated to be $1,000,000.00; and

4.  That plaintiffs receive all other general equitable relief to which they may be entitled.

3

Submitted this 7th day of December, 2021.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Arthur R. Kraatz*

          Gary A. Hemphill, T.A. (Bar #6768)
          Adam N. Davis (Bar #35740)
          Michael M. Butterworth (Bar# 21265)
          Arthur R. Kraatz (Bar # 35194)
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Facsimile: 504-568-9130
          Email: gary.hemphill@phelps.com
          Email: michael.butterworth@phelps.com
          Email: adam.davis@phelps.com
          Email: arthur.kraatz@phelps.com

**ATTORNEYS FOR PLAINTIFFS NAVIERA FLORIDA MYERS, INC. AND H&J MARINE, INC.**

4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NAVIERA FLORIDA MYERS, INC.** and **H&J MARINE, INC.** | **CIVIL ACTION NO.  21-2244** |
| **VERSUS** | |
| | **JUDGE** |
| **M/V KAYTLIN MARIE,** *in rem*, **THREE RIVERS BOAT AND BARGE, INC.,** *in personam*, **and INTEGRITY MARINE MANAGEMENT, LLC,** *in personam* | **MAGISTRATE** |

<u>**VERIFICATION**</u>

I, **GARY A. HEMPHILL**, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746, that the following statements are true and correct:

1.      I am an attorney at law and a member of the firm Phelps Dunbar LLP, attorneys for plaintiffs Naviera Florida Myers, Inc. and H&J Marine, Inc.;

2.      I have prepared and read the foregoing Verified Complaint, and it is true and correct to the best of my knowledge, information and belief;

3.      That the sources of said knowledge, information and belief are my personal investigation and information supplied by plaintiffs, Naviera Florida Myers, Inc. and H&J Marine, Inc.; and

4.      That I am authorized to make this verification as plaintiffs do not have an officer within this district at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 7, 2021

_____
GARY A. HEMPHILL